IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROBERT FOSTER; KATIE LIGON; KIRBY
CARTER; JOHN T. WILLIAMS                                    PLAINTIFFS

VS.                                         CIVIL ACTION NO.: 3:26cv181

THE STATE OF MISSISSIPPI; THE STATE
BOARD OF ELECTION COMMISSIONERS;
TATE REEVES, in his official capacities as
Governor of the State of Mississippi and a
Member of the State Board of Election
Commissioners; LYNN FITCH, in her official
capacities as the Mississippi Attorney General
and a Member of the State Board of Election
Commissioners; and MICHAEL WATSON, in
his official capacities as the Mississippi Secretary
of State and a Member of the State Board of
Election Commissioners                                     DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered cause was assigned to United States District Judge Michael
P. Mills on July 2, 2026. Judge Mills, on his own motion, hereby RECUSES himself from this
cause.

IT IS, THEREFORE, ORDERED that the Clerk of the Court is directed to transfer and re-
assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 6th day of July, 2026.

/s/
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

1