UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

## NOTICE

ROBERT FOSTER, et al                                                                      PLAINTIFFS

V.                                                                      CASE NO. 3:26-CV-181-SA-JMV

STATE OF MISSISSIPPI, et al                                                              DEFENDANTS

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

---

**Date and Time**

**JULY 10, 2026**
**2:00 P.M.**

---

**Type of Proceeding**

**TELEPHONIC CONFERENCE**
**BEFORE SENIOR UNITED STATES DISTRICT JUDGE SHARION AYCOCK**

**CALL IN INFORMATION WILL BE PROVIDED**
**TO COUNSEL OF RECORD BY SEPARATE EMAIL.**

---

DANIEL B. MCHUGH, Clerk of Court

BY:___/s/ Tracy Wright_____
              Courtroom Deputy

Date:  July 7, 2026

To:     Channing J. Curtis (electronic notice only)        David Michael Hurst, Jr. (electronic notice only)
          Nicholas F. Morisani (electronic notice only)      Sonya Dickson (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 or judge_aycock@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS**.