**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

ROBERT FOSTER; KATIE LIGON;
KIRBY CARTER; JOHN T. WILLIAMS                                    **PLAINTIFFS**

V.                                            **CIVIL ACTION NO. 3:26-CV-181-SA-JMV**

THE STATE OF MISSISSIPPI; THE STATE
BOARD OF ELECTION COMMISSIONERS;
TATE REEVES, in his official capacities as
Governor of the State of Mississippi and a
Member of the State Board of Election
Commissioners; LYNN FITCH, in her official
capacities as the Mississippi Attorney General
and a Member of the State Board of Election
Commissioners; and MICHAEL WATSON, in
his official capacities as the Mississippi Secretary
of State and a Member of the State Board of
Election Commissioners                                           **DEFENDANTS**

### MALENDA HARRIS MEACHAM'S MOTION TO INTERVENE

**COMES NOW** Malenda Harris Meacham ("Meacham"), by and through the undersigned

counsel of record, and files her *Motion to Intervene* as a defendant in the above matter pursuant to

Federal Rule of Civil Procedure 24, as follows:

1. Plaintiffs Robert Foster, Katie Ligon, Kirby Carter, and John T. Williams (collectively

"Plaintiffs") filed their *Verified Complaint* on July 2, 2026, seeking relief regarding the

constitutionality of certain Chancery and Circuit Court districts adopted by the Mississippi State

Legislature for DeSoto County, Mississippi. *See* Doc. 1.

2. None of the Plaintiffs allege that they are qualified to serve as judges in the challenged

districts or that they have any intent to so qualify. *Id*. Likewise, they have not alleged that any

potential candidates were prevented from qualifying due to the nature of the districts that are the

target of their claims. *Id*. However, Plaintiffs specifically request relief in the form of either (1) "a

{D2602762.1}                                             1

new qualifying deadline to be set and a special election to be held for the judgeships at issue" or (2) to "reopen the qualifying deadline for the judgeships at issue in the upcoming November 2026 general election." *Id*. at p. 17.

3. Meacham has qualified as one of two candidates for the subject Chancery Court district.[1] Meacham has invested substantial resources to qualify as a candidate, with such resources being placed at risk by Plaintiffs' request for a new or reopened qualifying period.

4. Due to this substantial risk of harm, Meacham requests that this Court allow her to intervene as a defendant, either as of right pursuant to F.R.C.P. 24(a)(2) or, alternatively, on a permissive basis under F.R.C.P. 24(b)(1).

5. In furtherance of this *Motion to Intervene*, Meacham submits her *Memorandum in Support of Motion to Intervene*, as well as the following exhibits:

**(a)** Exhibit A – *SOS 2026 Elections Calendar*;

**(b)** Exhibit B – *2025/2026 Candidate Qualifying Guide*;

**(c)** Exhibit C – *Campaign Finance Reports*; and

**(d)** Exhibit D – *Proposed Answer and Defenses*.

**WHEREFORE, PREMISES CONSIDERED,** Meacham respectfully requests that she be permitted to intervene as a defendant in this action pursuant to F.R.C.P. 24. Meacham requests any such further relief to which she may be entitled.

**RESPECTFULLY SUBMITTED,** this the 8th day of July, 2026.

**MALENDA HARRIS MEACHAM**

By: /s/ *Wilton V. Byars, III*
OF COUNSEL

---

[1] Mississippi's complete list of candidates qualifying for the 2026 election can be found here: https://www.sos.ms.gov/elections-voting/candidate-qualifying-list. Meacham is listed as a candidate for Chancellor in District 17-1, Place 3.

Wilton V. Byars, III – MS Bar No. 9335
*wbyars@danielcoker.com*
Lauren E. Ward – MS Bar No. 105019
*lward@danielcoker.com*
DANIEL COKER HORTON & BELL, P.A.
265 North Lamar Boulevard, Suite R
Post Office Box 1396
Oxford, Mississippi 38655
Phone: (662) 232-8979
Fax:    (662) 232-8940

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned counsel of record for Malenda Harris Meacham, hereby certify that I electronically filed the following pleading or other document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

**THIS,** the 8th day of July, 2026.

By:    /s/ *Wilton V. Byars, III*
             OF COUNSEL

{D2602762.1}                                                    3