**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ROBERT FOSTER; KATIE LIGON;
KIRBY CARTER; JOHN T. WILLIAMS**                                        **PLAINTIFFS**

**V.**                                                        **CIVIL ACTION NO. 3:26-CV-181-SA-JMV**

**THE STATE OF MISSISSIPPI; THE STATE
BOARD OF ELECTION COMMISSIONERS;
TATE REEVES, in his official capacities as
Governor of the State of Mississippi and a
Member of the State Board of Election
Commissioners; LYNN FITCH, in her official
capacities as the Mississippi Attorney General
and a Member of the State Board of Election
Commissioners; and MICHAEL WATSON, in
his official capacities as the Mississippi Secretary
of State and a Member of the State Board of
Election Commissioners**                                        **DEFENDANTS**

## SEPARATE ANSWER AND DEFENSES OF MALENDA HARRIS MEACHAM

**COMES NOW** Intervenor-Defendant Malenda Harris Meacham ("Meacham"), by and through counsel of record, and submits her *Separate Answer and Defenses* to Plaintiffs' *Verified Complaint* ("*Complaint*"), as follows:

### FIRST DEFENSE

Plaintiffs' *Complaint* fails to state a claim upon which relief can be granted and should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

### SECOND DEFENSE

Plaintiffs' *Complaint* fails to join one or more necessary parties under Federal Rule of Civil Procedure 19 and must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(7). Specifically, Plaintiffs fail to join parties, including, but not limited to, qualifying Circuit and Chancery Court candidates likely to be affected adversely by Plaintiffs' requested relief.

## THIRD DEFENSE

## ANSWER

Without waiving her right to be heard on the foregoing defenses, Meacham responds to the allegations of Plaintiffs' *Complaint*, paragraph by paragraph, as follows:

## INTRODUCTION

1. The allegations contained in ¶1 of the *Complaint* consist of legal conclusions to which no response is required. To the extent that a response is required, Meacham denies all allegations against her, specifically denying that Plaintiffs are entitled to any relief related to an alteration of the expired qualifying period for the judicial districts at issue in the *Complaint*.

2. The allegations contained in ¶2 of the *Complaint* are admitted.

3. The allegations contained in ¶3 of the *Complaint* are admitted.

4. The legislation referenced in ¶4 of the *Complaint* speaks for itself. The remaining allegations contained in ¶4 of the *Complaint* are denied.

5. The legislation referenced in ¶5 of the *Complaint* speaks for itself. The remaining allegations contained in ¶5 of the *Complaint* are denied.

6. The content of H.B. 1544 and S.B. 2768 speaks for itself. The remaining allegations contained in ¶6 of the *Complaint* are denied.

7. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶7 of the *Complaint* and, therefore, denies the same.

8. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶8 of the *Complaint* and, therefore, denies the same.

9. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶9 of the *Complaint* and, therefore, denies the same.

10. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶10 of the *Complaint* and, therefore, denies the same.

### PARTIES

11. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶11 of the *Complaint* and, therefore, denies the same.

12. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶12 of the *Complaint* and, therefore, denies the same.

13. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶13 of the *Complaint* and, therefore, denies the same.

14. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶14 of the *Complaint* and, therefore, denies the same.

15. The allegations contained in ¶15 of the *Complaint* are admitted.

16. The allegations contained in ¶16 of the *Complaint* are admitted.

17. The allegations contained in ¶17 of the *Complaint* consist of legal conclusions to which no response is required. To the extent that a response is required, Meacham admits the allegations

contained in ¶17 of the *Complaint*, but denies that Plaintiffs are entitled to any relief related to an alteration of the expired qualifying period for the judicial districts at issue in the *Complaint*.

**18.** The allegations contained in ¶18 of the *Complaint* consist of legal conclusions to which no response is required. To the extent that a response is required, Meacham admits the allegations contained in ¶18 of the *Complaint*, but denies that Plaintiffs are entitled to any relief related to an alteration of the expired qualifying period for the judicial districts at issue in the *Complaint*.

**19.** The allegations contained in ¶19 of the *Complaint* consist of legal conclusions to which no response is required. To the extent that a response is required, Meacham admits the allegations contained in ¶19 of the *Complaint*, but denies that Plaintiffs are entitled to any relief related to an alteration of the expired qualifying period for the judicial districts at issue in the *Complaint*.

### JURISDICTION AND VENUE

**20.** The allegations contained in ¶20 of the *Complaint* are admitted.

**21.** The allegations contained in ¶21 of the *Complaint* are admitted.

**22.** The allegations contained in ¶22 of the *Complaint* are admitted, but Meacham denies that Plaintiffs are entitled to any relief related to an alteration of the expired qualifying period for the judicial districts at issue in the *Complaint*.

**23.** The allegations contained in ¶23 of the *Complaint* are admitted.

**24.** The allegations contained in ¶24 of the *Complaint* are admitted.

### STATEMENT OF FACTS

**25.** The allegations contained in ¶25 of the *Complaint* are admitted.

**26.** The allegations contained in ¶26 of the *Complaint* are admitted.

**27.** The allegations contained in ¶27 of the *Complaint* are admitted.

**28.** The legislation referenced in ¶28 of the *Complaint* speaks for itself. The remaining allegations contained in ¶28 of the *Complaint* are denied.

29. The allegations contained in ¶29 of the *Complaint* are admitted.

30. The allegations contained in ¶30 of the *Complaint* are admitted.

31. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶31 of the *Complaint* and, therefore, denies the same.

32. The legislation referenced in ¶32 of the *Complaint* speaks for itself. The remaining allegations contained in ¶32 of the *Complaint* are denied.

33. The legislation referenced in ¶33 of the *Complaint* speaks for itself. The remaining allegations contained in ¶33 of the *Complaint* are denied.

34. The allegations contained in ¶34 of the *Complaint* are admitted.

35. The allegations contained in ¶35 of the *Complaint* are admitted.

36. The allegations contained in ¶36 of the *Complaint* are admitted.

37. The allegations contained in ¶37 of the *Complaint* are admitted.

38. The allegations contained in ¶38 of the *Complaint* are admitted.

39. The legislation referenced in ¶39 of the *Complaint* speaks for itself. The remaining allegations contained in ¶39 of the *Complaint* are denied.

40. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶40 of the *Complaint* and, therefore, denies the same.

41. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶41 of the *Complaint* and, therefore, denies the same.

42. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶42 of the *Complaint* and, therefore, denies the same.

43. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶43 of the *Complaint* and, therefore, denies the same.

## CLAIMS FOR RELIEF
### COUNT I: VOTE DENIAL REGARDLESS OF RACE
### (Violation of the Fourteenth Amendment)

44. Meacham restates and incorporates by reference her responses to the preceding paragraphs as if fully set forth herein.

45. The allegations contained in ¶45 of the *Complaint* are admitted.

46. The legislation referenced in ¶46 of the *Complaint* speaks for itself. The remaining allegations contained in ¶46 of the *Complaint* are denied.

47. The legislation referenced in ¶47 of the *Complaint* speaks for itself. The remaining allegations contained in ¶47 of the *Complaint* are denied.

48. The legislation referenced in ¶48 of the *Complaint* speaks for itself. The remaining allegations contained in ¶48 of the *Complaint* are denied.

49. The legislation referenced in ¶49 of the *Complaint* speaks for itself. The remaining allegations contained in ¶49 of the *Complaint* are denied.

50. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶50 of the *Complaint* and, therefore, denies the same.

51. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶51 of the *Complaint* and, therefore, denies the same.

52. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶52 of the *Complaint* and, therefore, denies the same.

53. The legislation referenced in ¶53 of the *Complaint* speaks for itself. The remaining allegations contained in ¶53 of the *Complaint* are denied.

## COUNT II: VOTE DENIAL BASED ON RACE
### (Violation of the Fourteenth Amendment, Fifteenth Amendment, and Section 2 of the Voting Rights Act)

54. Meacham restates and incorporates by reference her responses to the preceding paragraphs as if fully set forth herein.

55. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶55 of the *Complaint* and, therefore, denies the same.

56. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶56 of the *Complaint* and, therefore, denies the same.

57. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶57 of the *Complaint* and, therefore, denies the same.

58. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶58 of the *Complaint* and, therefore, denies the same.

59. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶59 of the *Complaint* and, therefore, denies the same.

60. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶60 of the *Complaint* and, therefore, denies the same.

61. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶61 of the *Complaint* and, therefore, denies the same.

62. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶62 of the *Complaint* and, therefore, denies the same.

63. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶63 of the *Complaint* and, therefore, denies the same.

64. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶64 of the *Complaint* and, therefore, denies the same.

65. The legislation referenced in ¶65 of the *Complaint* speaks for itself. The remaining allegations contained in ¶65 of the *Complaint* are denied.

66. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶66 of the *Complaint* and, therefore, denies the same.

67. The allegations contained in ¶67 of the *Complaint* are directed at a party other than Meacham. Therefore, no response is required. To the extent that those allegations are directed in any way at Meacham, the same are denied.

68. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶68 of the *Complaint* and, therefore, denies the same.

### Count III: Violation of the Mississippi Constitution

69. Meacham restates and incorporates by reference her responses to the preceding paragraphs as if fully set forth herein.

70. The allegations contained in ¶70 of the *Complaint* are admitted.

71. The allegations contained in ¶71 of the *Complaint* consist of legal conclusions to which no response is required. To the extent that a response is required, Meacham admits the allegations contained in ¶71 of the *Complaint*, but denies that Plaintiffs are entitled to any relief related to an alteration of the expired qualifying period for the judicial districts at issue in the *Complaint*.

72. The allegations contained in ¶72 of the *Complaint* are directed at a party other than Meacham. Therefore, no response is required. To the extent that those allegations are directed in any way at Meacham, the same are denied.

73. The allegations contained in ¶73 of the *Complaint* are directed at a party other than Meacham. Therefore, no response is required. To the extent that those allegations are directed in any way at Meacham, the same are denied.

74. Meacham is currently without knowledge or information sufficient to form a belief regarding the truth of the allegations contained in ¶74 of the *Complaint* and, therefore, denies the same.

**PRAYER FOR RELIEF**

The allegations contained in the unnumbered portion of Plaintiffs' *Complaint* following the "PRAYER FOR RELIEF" heading are denied. Meacham specifically denies that Plaintiffs are entitled to any relief related to an alteration of the expired qualifying period for the judicial districts at issue in the *Complaint*.

**AND NOW,** having responded to Plaintiffs' *Complaint* and denying all liability in the premises, Meacham asserts the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs lack standing to seek relief related to the qualifying deadlines for the subject judicial districts. Specifically, Plaintiffs have failed to allege that they are qualified candidates that were prevented from seeking election within the subject judicial districts or that such qualified candidates exist.

**SECOND AFFIRMATIVE DEFENSE**

Reopening the qualifying deadline for the subject judicial districts or otherwise establishing a new qualifying deadline and a special election for those districts is unnecessary. Qualification for candidacy in this district was open to all potential candidates residing within DeSoto County pursuant to MISS. CODE ANN. §§9-5-1 and 9-5-51, regardless of whether they resided within the bounds of District 17-1, Place 3. Therefore, no potential candidates were restricted from qualifying during the established qualifying period due to the structure of District 17-1, Place 3.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by laches, where Plaintiffs delayed asserting their claims, that delay is not excusable, and Meacham, as well as others, are unduly prejudiced by that delay.

**FOURTH AFFIRMATIVE DEFENSE**

Meacham adopts and incorporates all affirmative defenses asserted by the other Defendants to this action to the extent said defenses are not inconsistent with Meacham's position.

{D2603496.1}

10

## FIFTH AFFIRMATIVE DEFENSE

Meacham reserves the right to assert affirmative defenses based upon additional facts that become available to her during the course of this matter.

**WHEREFORE, PREMISES CONSIDERED,** Meacham, having responded to the allegations of Plaintiffs' *Complaint*, and having denied any and all liability in the premises, specifically demands that Plaintiffs' request to alter the expired qualifying period for the subject judicial districts referenced in the *Complaint* be denied and that the related portions of the *Complaint* be dismissed with prejudice, with all costs assessed to the Plaintiffs. Meacham prays for any such further relief as this Court deems just and proper.

**RESPECTFULLY SUBMITTED,** this the _____ day of July, 2026.

**MALENDA HARRIS MEACHAM**

By: /s/ *Lauren E. Ward*_____
OF COUNSEL

Wilton V. Byars, III – MS Bar No. 9335
wbyars@danielcoker.com
Lauren E. Ward – MS Bar No. 105019
lward@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
265 North Lamar Boulevard, Suite R
Post Office Box 1396
Oxford, Mississippi 38655
Phone: (662) 232-8979
Fax:    (662) 232-8940

{D2603496.1}

11

## CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Malenda Harris Meacham, hereby certify that I electronically filed the following pleading or other document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

**THIS,** the ___ day of July, 2026.

By:     /s/ *Lauren E. Ward*
           OF COUNSEL