**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ROBERT FOSTER; KATIE LIGON; KIRBY
CARTER; JOHN T. WILLIAMS**                                          **PLAINTIFFS**

**VS.**                                        **CIVIL ACTION NO.: 3:26-CV-181-MPM-JMV**

**THE STATE OF MISSISSIPPI; THE STATE
BOARD OF ELECTION COMMISSIONERS;
TATE REEVES, in his official capacities as
Governor of the State of Mississippi and a
Member of the State Board of Election
Commissioners; LYNN FITCH, in her official
capacities as the Mississippi Attorney General
and a Member of the State Board of Election
Commissioners; and MICHAEL WATSON, in
his official capacities as the Mississippi Secretary
of State and a Member of the State Board of
Election Commissioners**                                             **DEFENDANTS**

---

**NOTICE OF APPEARANCE**

---

Please take notice that L. Kyle Williams of Brunini, Grantham, Grower & Hewes, PLLC, this date enters his appearance as counsel for Defendants The State of Mississippi, The State Board of Election Commissioners, Tate Reeves, in his official capacities as Governor of the State of Mississippi and a Member of the State Board of Election Commissioners, Lynn Fitch, in her official capacities as the Mississippi Attorney General and a Member of the State Board of Election Commissioners, and Michael Watson, in his official capacities as the Mississippi Secretary of State and a Member of the State Board of Election Commissioners. The undersigned requests that his name be placed on the service matrix, and that all motions, notices, and pleadings in this matter be served upon him as counsel for Defendants.

#4227524v1

Dated: July 9, 2026.

Respectfully submitted,

THE STATE OF MISSISSIPPI; THE STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, in his official capacities as Governor of the State of Mississippi and a Member of the State Board of Election Commissioners; LYNN FITCH, in her official capacities as the Mississippi Attorney General and a Member of the State Board of Election Commissioners; and MICHAEL WATSON, in his official capacities as the Mississippi Secretary of State and a Member of the State Board of Election Commissioners

By:     /s/ L. Kyle Williams
        L. Kyle Williams, One of Their Attorneys

OF COUNSEL:

W. Trey Jones, MSB No. 99185
tjones@brunini.com
Samuel C. Kelly, MSB No. 7496
skelly@brunini.com
L, Kyle Williams, MSB No. 105182
kwilliams@brunini.com
Jacob A. Bradley, MSB No. 105541
jbradley@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

2

#4227524v1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record and registered participants.

Dated: July 9, 2026.

/s/ *L. Kyle Williams*
L. Kyle Williams

3

#4227524v1