**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**CIVIL MINUTES**

**Case No.**    3:26-cv-181-SA                    **Place Held:** Telephonic - Aberdeen

**Style:**    Robert Foster, et al v. State of Mississippi, et al

**Date & Time Began:**    7/10/2026, 2:04 P.M.
**Date & Time Ended:**    7/10/2026, 2:11P.M.

**Total Time:** 7minutes

---

**HONORABLE SHARION AYCOCK, PRESIDING**

Tracy Wright                                          Digital
**Courtroom Deputy**                                  **Court Reporter**

**Attorneys for Plaintiffs:**                         **Attorney for Defendants:**
Channing J. Curtis                                    Stephen Friedrich Schelver
David Michael Hurst, Jr.                              Jacob A. Bradley
Nicholas Francis Morisani                             William Easom Jones, III
Sonya Dickson                                         Samuel C. Kelly

**Attorney for Movant:**
Wilton V. Byars, III

---

**PROCEEDINGS:**    Telephonic Conference.

---

**DOCKET ENTRY:**    Telephonic Conference held.

---

**DANIEL B MCHUGH, CLERK OF COURT**

By:    ___/s/ Tracy Wright_____
                Courtroom Deputy