IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROBERT FOSTER, et al                                                        PLAINTIFFS

V.                                                      CIVIL ACTION NO. 3:26-CV-181-SA-JMV

THE STATE OF MISSISSIPPI, et al                                             DEFENDANTS

ORDER REGARDING POTENTIAL CONFLICT OF INTEREST

Consistent with Canon 3 of the Code of Conduct for United States Judges, the Court held a conference call with counsel for all parties on July 10, 2026. That call was recorded. During the call, the Court disclosed a potential conflict of interest and, pursuant to Canon 3, gave counsel an opportunity to confer with their clients outside the presence of the undersigned. Given the time sensitive nature of this litigation, the Court requested that the parties provide notification no later than 5:00 p.m. on Monday, July 13, 2026, whether they desire for the undersigned to recuse in light of the potential conflict.

Since that time, the Court has received notification from all parties that they do not believe the undersigned should be disqualified. The undersigned therefore will not recuse but, instead, will continue to preside over this case.

SO ORDERED, this the 14th day of July, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE