IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROBERT FOSTER, KATIE LIGON,
KIRBY CARTER, and JOHN T. WILLIAMS                                    PLAINTIFFS

v.                                                        CIVIL ACTION NO. 3:26-CV-181-SA-JMV

THE STATE OF MISSISSIPPI, et al.                                      DEFENDANTS

ORDER SETTING DEADLINES

Recognizing the time-sensitive nature of this matter, the Court finds it appropriate to slightly shorten the briefing deadlines as to the pending Motions [3, 15]. The Court does not intend to grant any extensions of these deadlines.

The Motion for Preliminary Injunction [3] was filed on July 2, 2026, rendering a Response in the normal course due on July 16, 2026. The Court will not disturb that deadline. If the Plaintiffs desire to file a Reply, they should do so no later than July 20, 2026.

Malenda Harris Meacheam's Motion to Intervene [15] was filed on July 8, 2026. Any Response thereto shall be filed no later than July 17, 2026. If Meacham desires to file a Reply, it shall be filed no later than July 20, 2026.

The Court will convene a status conference on July 15, 2026 at 9:00 AM to discuss scheduling an expedited hearing in the case. Call-in information will be circulated to counsel by email.

SO ORDERED this the 14th day of July, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE