UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

## NOTICE

ROBERT FOSTER, et al                                                    PLAINTIFFS

V.                                              CASE NO. 3:26-CV-181-SA-JMV

STATE OF MISSISSIPPI, et al                                         DEFENDANTS

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

**Date and Time**

**JULY 15, 2026**
**9:00 A.M.**

**Type of Proceeding**

**TELEPHONIC STATUS CONFERENCE**
**BEFORE SENIOR UNITED STATES DISTRICT JUDGE SHARION AYCOCK**

**CALL IN INFORMATION WILL BE PROVIDED**
**TO COUNSEL OF RECORD BY SEPARATE EMAIL.**

DANIEL B. MCHUGH, Clerk of Court

BY:___/s/ Tracy Wright_____
Courtroom Deputy

Date:  July 14, 2026

To:     Channing J. Curtis (electronic notice only)          David Michael Hurst, Jr. (electronic notice only)
        Nicholas F. Morisani (electronic notice only)        Sonya Dickson (electronic notice only)
        Jacob A. Bradley (electronic notice only)            Leland Kyle Williams (electronic notice only)
        Samuel C. Kelly (electronic notice only)             William Easom Jones (electronic notice only)
        Stephen F. Schelver (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 or judge_aycock@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS**.