**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ROBERT FOSTER; KATIE LIGON;**          **PLAINTIFFS**
**KIRBY CARTER; and JOHN WILLIAMS**

**VS.**          **CIVIL ACTION NO.: 3:26-CV-181-SA-JMV**

**THE STATE OF MISSISSIPPI; THE STATE**
**BOARD OF ELECTION COMMISSIONERS;**
**TATE REEVES, in his official capacities as**
**Governor of the State of Mississippi and a**
**Member of the State Board of Election**
**Commissioners; LYNN FITCH, in her official**
**Capacities as the Mississippi Attorney General**
**and a Member of the State Board of Election**
**Commissioners; and MICHAEL WATSON, in**
**his official capacities as the Mississippi Secretary**
**of State and a Member of the State Board of**
**Election Commissioners**          **RESPONDENTS**

---

**NOTICE OF APPEARANCE**

---

Please take notice that Anna Little Morris, Assistant Attorney General for the State of Mississippi, files his Notice of Appearance as counsel of record for the Defendants the State of Mississippi, the State Board of Election Commissioners, Tate Reeves, Lynn Fitch, and Michael Watson. All future e-filings, pleadings, and correspondence should include Anna Little Morris as counsel for the Defendants.

Dated: July 15, 2026

Respectfully submitted,

**DEFENDANTS THE STATE OF MISSISSIPPI, THE STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, LYNN FITCH, and MICHAEL WATSON**

By:     LYNN FITCH, ATTORNEY GENERAL
         STATE OF MISSISSIPPI

1

By:    s/ Anna Little Morris
Assistant Attorney General

OF COUNSEL:

ANNA LITTLE MORRIS (Miss. Bar No. 105299)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-3817
anna.morris@ago.ms.gov

Samuel C. Kelly (MSB #7496)
skelly@brunini.com
William Trey Jones, III (MSB #99185)
tjones@brunini.com
L. Kyle Williams (MSB #105182)
kwilliams@brunini.com
Jacob A. Bradley (MSB #105541)
jbradley@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Box 119
Jackson, MS 39205-0119
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

*Counsel for Defendants the State of Mississippi, the State Bord of Election Commissioners, Tate Reeves, Lynn Fitch, and Michael Watson*

2

## CERTIFICATE OF SERVICE

I, Anna Little Morris, hereby certify that on this day, July 15, 2026, I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record and registered participants.

*/s/ Anna Little Morris*

3