UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

## <u>NOTICE</u>

ROBERT FOSTER, et al                                                              PLAINTIFFS

V.                                                                      CASE NUMBER: 3:26-CV-181-SA

THE STATE OF MISSISSIPPI, et al                                        DEFENDANTS

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

**Place**

**UNITED STATES FEDERAL BUILDING**
**301 WEST COMMERCE STREET**
**ABERDEEN, MISSISSIPPI**

**Room No.**
**COURTROOM NUMBER 1 – THIRD FLOOR**
_____

**Date and Time**
**FRIDAY, JULY 31, 2026, at 9:00 A.M.**

**Type of Proceeding**

**MOTION HEARING ON MOTION FOR PRELIMINARY INJUNCTION [3]**
**BEFORE SENIOR UNITED STATES DISTRICT JUDGE SHARION AYCOCK.**

DANIEL B. MCHUGH, Clerk of Court

BY:___/s/____Tracy Wright_____
            Courtroom Deputy

Date:   July 15, 2026

To: Channing J. Curtis (electronic notice only)          David Michael Hurst, Jr. (electronic notice only)
    Nicholas Francis Morisani (electronic notice only)    Sonya Dickson (electronic notice only)
    Jacob A. Bradley (electronic notice only)             Leland Kyle Williams (electronic notice only)
    Samuel C. Kelly (electronic notice only)              William Easom Jones, III (electronic notice only)
    Anna Little Morris (electronic notice only)           Stephen F. Schelver (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 OR judge_aycock@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS**