**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

ROBERT FOSTER; KATIE LIGON; KIRBY
CARTER; JOHN T. WILLIAMS,

     *Plaintiffs*,

     vs.

THE STATE OF MISSISSIPPI; THE STATE
BOARD OF ELECTION COMMISSIONERS;
TATE REEVES, in his official capacities as
Governor of the State of Mississippi and a
Member of the State Board of Election
Commissioners; LYNN FITCH, in her official
capacities as the Mississippi Attorney General
and a Member of the State Board of Election
Commissioners; and MICHAEL WATSON, in
his official capacities as the Mississippi Secretary
of State and a Member of the State Board of
Election Commissioners,

     *Defendants.*

**CIVIL ACTION NO.
3:26-CV-00181-SA-JMV**

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and L.U. Civ. R. 7(c), Proposed Intervenor DeSoto County MS NAACP Unit 5574-B discloses that it is a unit of the Mississippi State Conference of the NAACP, which is itself a unit of the NAACP. The NAACP is a nonprofit 501(c)(3) corporation. It is not a publicly held corporation that issues stock, nor does it have any parent companies, subsidiaries or affiliates that have issued shares to the public.

Respectfully submitted,

Dated: July 16, 2026

/s/ Joshua Tom
AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION
Joshua Tom (Miss. Bar No. 105392)
101 South Congress Street
Jackson, MS 39201
(601) 354-3408
JTom@aclu-ms.org

Attorneys for Proposed Intervenors

2

**CERTIFICATE OF SERVICE**

I, Joshua Tom, hereby certify that on July 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all parties on file with the Court.

*/s/ Joshua Tom*
Joshua Tom