**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **ROBERT FOSTER; KATIE LIGON;** | **PLAINTIFFS** |
| **KIRBY CARTER; and JOHN WILLIAMS** | |
| | |
| **VS.** | **CIVIL ACTION NO.: 3:26-CV-181-SA-JMV** |
| | |
| **THE STATE OF MISSISSIPPI; THE STATE** | |
| **BOARD OF ELECTION COMMISSIONERS;** | |
| **TATE REEVES, in his official capacities as** | |
| **Governor of the State of Mississippi and a** | |
| **Member of the State Board of Election** | |
| **Commissioners; LYNN FITCH, in her official** | |
| **capacities as the Mississippi Attorney General** | |
| **and a Member of the State Board of Election** | |
| **Commissioners; and MICHAEL WATSON, in** | |
| **his official capacities as the Mississippi Secretary** | |
| **of State and a Member of the State Board of** | |
| **Election Commissioners** | **RESPONDENTS** |

**RESPONSE IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

The State of Mississippi, the State Board of Election Commissioners, and Governor Tate

Reeves, Attorney General Lynn Fitch, and Secretary of State Michael Watson, all in their official

capacities, submit this memorandum in opposition to Plaintiffs' motion for preliminary

injunction. *See* [Docs. 3, 4]. Defendants oppose the motion and rely upon their accompanying

memorandum of law in opposition to the motion and the following exhibits:

       Exhibit 1 – Declaration of Laura Courtney

       Exhibit 2 – Debates on Miss. Senate Floor, Apr. 10, 2024[1]

       Exhibit 3 – Bill Tracker H.B. 1544 (2025)

       Exhibit 4 – Bill Tracker S.B. 2768 (2025)

---

[1] Defendants are conventionally filing Exhibit 2 by mailing two flash drives to the Court. Hyperlinks to the same are also provided in Defendants' memorandum.

1

Exhibit 5 – Bill Tracker H.B. 1 (2026)

Exhibit 6 – DeSoto County Website

Exhibit 7 – Elect Malenda Harris Meacham Facebook Page

Exhibit 8 – Elect John Hughes Facebook Page

Exhibit 9 – Elect Gwen Baptist Facebook Page

Exhibit 10 – Elect Gwen Baptist Website

Exhibit 11 – Elect Malenda Meacham Harris Website

Exhibit 12 – Elect John Hughes Website

Exhibit 13 – Elect Lucius Edwards Facebook Page

Exhibit 14 – Elect Lucius Edwards Website

Exhibit 15 – May 5, 2026 Letter

For the reasons stated in their accompanying memorandum, Defendants respectfully request that the Court deny Plaintiffs' motion for preliminary injunction.

Date: July 20, 2026.

Respectfully submitted,

**THE STATE OF MISSISSIPPI, THE STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, LYNN FITCH, and MICHAEL WATSON**

By:  *s/ Samuel C. Kelly*
One of Their Attorneys

OF COUNSEL:

Samuel C. Kelly (MSB #7496)
skelly@brunini.com
William Trey Jones, III (MSB #99185)
tjones@brunini.com
L. Kyle Williams (MSB #105182)
kwilliams@brunini.com
Jacob A. Bradley (MSB #105541)
jbradley@brunini.com

BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Box 119
Jackson, MS 39205-0119
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

STEPHEN SCHELVER (MSB #101889)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-3522
Fax: (601) 359-2003
stephen.schelver@ago.ms.gov

*Counsel for the State of Mississippi, The State Board of Election Commissioners, Tate Reeves, Lynn Fitch, and Michael Watson*

## CERTIFICATE OF SERVICE

I, Samuel C. Kelly, hereby certify that on this day, July 20, 2026, I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record and registered participants.

*s/ Samuel C. Kelly*

3