Case: 3:26-cv-00181-SA-JMV Doc #: 42-5 Filed: 07/30/26 1 of 2 PageID #: 439

# Mississippi Legislature
# 2026 Regular Session

# House Bill 1

House Calendar | Senate Calendar | Main Menu
Amendments | Code Sections | Additional Information

**Bill Text for All Versions**   Explanation

📄 | 📑 | S  *Approved by the Governor*
📄 | 📑 | S  *As Passed the House*
📄 | 📑 | S  *As Introduced*

**Description:** Third Chancery Court District; revise number of chancellors.

**Fiscal Note:**   No fiscal note conducted

**Background Information:**
  *Disposition:*  Law
  *Deadline:*  General Bill/Constitutional Amendment
  *Revenue:*  No
  *Vote type required:*  Majority
  *Effective date:*  Passage
  *Chapter Number:*  364

**History of Actions:**
```
 1   01/06 (H) Referred To Judiciary B
 2   01/06 (H) Title Suff Do Pass
 3   01/08 (H) Amended
 4   01/08 (H) Passed As Amended    {Vote}
 5   01/09 (H) Transmitted To Senate
 6   02/13 (S) Referred To Judiciary, Division A;Appropriations
 7   02/17 (S) DR - TSDP: JA To AP
 8   03/03 (S) Title Suff Do Pass
 9   03/05 (S) Passed    {Vote}
10   03/09 (S) Returned For Enrolling
11   03/10 (H) Enrolled Bill Signed
12   03/10 (S) Enrolled Bill Signed
13   03/17 Approved by Governor
```

**Amendments:**
📄 | 📑    [H] Amendment No 1  *Adopted*  *Voice Vote*

**Code Section:**  A_009-0005-0013, A_023-0015-0977, BF_009-0005-0011

**----- Additional Information -----**

*House Committee:*  Judiciary B
*Senate Committee:*  Judiciary, Division A, Appropriations

*Principal Author:*  Horan

┌─────────────┐
│  **EXHIBIT** │
│     **5**    │
└─────────────┘

*Title:* AN ACT TO AMEND SECTION 9-5-13, MISSISSIPPI CODE OF 1972, TO REVISE THE NUMBER OF CHANCELLORS FOR THE THIRD CHANCERY COURT DISTRICT IN THE "FROM AND AFTER

Case: 3:26-cv-00181-SA-JMV Doc #: 42-5 Filed: 07/30/26 2 of 2 PageID #: 440

JANUARY 1, 2027" TIER; TO CONDITION THE QUALIFYING DEADLINE FOR THE "PLACE THREE" CHANCELLORSHIP FOR THE THIRD CHANCERY COURT DISTRICT UPON THE GOVERNOR'S APPROVAL OF THIS ACT; TO AMEND SECTION 23-15-977, MISSISSIPPI CODE OF 1972, TO CONFORM TO THE PRECEDING SECTION; TO BRING FORWARD SECTION 9-5-11, MISSISSIPPI CODE OF 1972, WHICH PROVIDES THE COUNTY COMPOSITION OF THE THIRD CHANCERY COURT DISTRICT, FOR PURPOSES OF AMENDMENT; AND FOR RELATED PURPOSES.

**Information pertaining to this measure was last updated on 06/05/26 at 09:27**

*End Of Document*

> **EXHIBIT**
>
> **4**