

## DeSoto County Board of Supervisors

May 5, 2026

Governor Tate Reeves
550 High St.
Sillers Building, 19th Floor
Jackson, MS  39201

RE:  DeSoto County Redistricting

Governor Reeves,

As you are aware, the recent decision by the United States Supreme Court in *Callais* significantly changed the landscape of election law nationwide.  It is our understanding you are calling a special session of the State Legislature to specifically address the redistricting of Mississippi Supreme Court districts.  We collectively write to request you add an item to the special session to address judicial seats in DeSoto County.

This past legislative session, two prospective judicial seats were added to DeSoto County, one new Chancellor and one new Circuit Judge, to be elected this November and seated in January of 2027.  These new judges would be elected out of a sub-district of DeSoto County specifically drawn solely to comply with previous precedent under Section 2 of the Voting Rights Act which has now been overturned and held unconstitutional.  While we understand the Legislature's intent at the time was to comply with existing precedent and prevent further litigation against the State, the Supreme Court has made it clear that district lines drawn in such a manner are unconstitutional.  We are appreciative of the State for taking steps to address the growth of our county and need for additional judges.  However, we believe these judges, who will serve countywide, should be elected by all citizens of DeSoto County.  Furthermore, we believe allowing these elections to take place will invariably lead to additional litigation against the State and ultimately result in the relief we are requesting today.  It is imperative for all parties involved that this issue be addressed immediately.

It is our request that the two newly created judicial posts elected from a sub-district within our county be eliminated before an election takes place and the new judges are seated.  If the legislature sees fit to add these two judicial posts in the next legislative session, we request they be elected countywide.

**EXHIBIT**

**15**

## DeSoto County Board of Supervisors

We appreciate your time and consideration in this matter. Please do not hesitate to contact us should you wish to discuss more in person.

_____
Supervisor Jessie Medlin, District 1

_____
Supervisor Mark Gardner, District 2

_____
Supervisor Ray Denison, District 3

_____
Supervisor Lee Caldwell, District 4

_____
Supervisor Robert Foster, District 5