IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROBERT FOSTER, KATIE LIGON,
KIRBY CARTER, and JOHN T. WILLIAMS PLAINTIFFS

v. CIVIL ACTION NO. 3:26-CV-181-SA-JMV

THE STATE OF MISSISSIPPI, et al. DEFENDANTS

ORDER REGARDING POTENTIAL CONFLICT OF INTEREST

Counsel for DeSoto County NAACP and Delta Sigma Theta Sorority, two potential intervenors in this case, have been apprised of a potential conflict of interest (which was previously disclosed to all other parties associated with this case prior to DeSoto County NAACP and Delta Sigma Theta Sorority filing their request to intervene).

After being made aware of the potential conflict and being provided an opportunity to make further inquiry of the undersigned, counsel confirmed in writing that these two potential intervenors waive the potential conflict of interest. The undersigned will continue to preside over this case.

SO ORDERED this the 21st day of July, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE