**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ROBERT FOSTER; KATIE LIGON;**                                    **PLAINTIFFS**
**KIRBY CARTER; and JOHN WILLIAMS**

**VS.**                                    **CIVIL ACTION NO.: 3:26-CV-181-SA-JMV**

**THE STATE OF MISSISSIPPI; THE STATE
BOARD OF ELECTION COMMISSIONERS;
TATE REEVES, in his official capacities as
Governor of the State of Mississippi and a
Member of the State Board of Election
Commissioners; LYNN FITCH, in her official
capacities as the Mississippi Attorney General
and a Member of the State Board of Election
Commissioners; and MICHAEL WATSON, in
his official capacities as the Mississippi Secretary
of State and a Member of the State Board of
Election Commissioners**                                    **RESPONDENTS**

---

**NOTICE OF CONVENTIONAL FILING**

---

The State of Mississippi, the State Board of Election Commissioners, and Governor Tate

Reeves, Attorney General Lynn Fitch, and Secretary of State Michael Watson, all in their official

capacities ("Defendants"), submit their Notice of Conventional Filing of Exhibit 2 to Defendants

Response in Opposition to Motion for Preliminary Injunction (ECF Doc. 42). This exhibit cannot

be filed electronically, and thumb drives have been provided to the Clerk of Court and manually

served on all parties.

1

#4238342v1

Date: July 30, 2026.

Respectfully submitted,

**THE STATE OF MISSISSIPPI, THE STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, LYNN FITCH, and MICHAEL WATSON**

By: _s/ Samuel C. Kelly_
One of Their Attorneys

OF COUNSEL:

Samuel C. Kelly (MSB #7496)
skelly@brunini.com
William Trey Jones, III (MSB #99185)
tjones@brunini.com
L. Kyle Williams (MSB #105182)
kwilliams@brunini.com
Jacob A. Bradley (MSB #105541)
jbradley@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Box 119
Jackson, MS 39205-0119
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

Stephen Schelver (MSB #101889)
State of Mississippi
Office of The Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-3522
Fax: (601) 359-2003
stephen.schelver@ago.ms.gov

_Counsel for the State of Mississippi, The State Board of Election Commissioners, Tate Reeves, Lynn Fitch, and Michael Watson_

2

#4238342v1

3

**<u>CERTIFICATE OF SERVICE</u>**

I, Samuel C. Kelly, hereby certify that on this day, July 30, 2026, I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record and registered participants.

<i>s/ Samuel C. Kelly</i>

#4238342v1