**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

|  |  |
|---|---|
| ROBERT FOSTER; KATIE LIGON; KIRBY CARTER; JOHN T. WILLIAMS,<br><br>     *Plaintiffs*,<br><br>     vs.<br><br>THE STATE OF MISSISSIPPI; THE STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, in his official capacities as Governor of the State of Mississippi and a Member of the State Board of Election Commissioners; LYNN FITCH, in her official capacities as the Mississippi Attorney General and a Member of the State Board of Election Commissioners; and MICHAEL WATSON, in his official capacities as the Mississippi Secretary of State and a Member of the State Board of Election Commissioners*,<br><br>     *Defendants.* | **CIVIL ACTION NO.<br>3:26-CV-00181-MPM-JMV** |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that Nina Nayiri McKay, American Civil Liberties Union Foundation, this date enters her appearance as counsel for Intervenors DeSoto County NAACP and Delta Sigma Theta Sorority, Inc. The undersigned requests that her name be placed on the service matrix, and that all motions, notices, and pleadings in this matter be served upon her as counsel for Defendants.

Respectfully submitted,

This 2nd day of August 2026

1

/s/ *Nina Nayiri McKay*
Nina Nayiri McKay
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., Fl. 18
New York, NY 10004
(212) 549-2500
*nmckay@aclu.org*


*Attorney for Intervenors DeSoto County
NAACP and Delta Sigma Theta Sorority, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record and registered participants. Dated: August 2, 2026.

<u>/s/ *Nina McKay*</u>
Nina McKay