**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ROBERT FOSTER; KATIE LIGON; KIRBY CARTER; AND JOHN T. WILLIAMS** — **PLAINTIFFS**

**VS.** — **CIVIL ACTION NO.: 3:26-CV-181-SA-JMV**

**THE STATE OF MISSISSIPPI, et al.** — **DEFENDANTS**

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Robert Foster, Katie Ligon, Kirby Carter and John T. Williams, Defendants the State of Mississippi, the State Board of Election Commissioners, Tate Reeves, Lynn Fitch, Michael Watson, and Intervenor Defendants, Malenda Harris Meacham, DeSoto County NAACP, Delta Sigma Theta Sorority, Inc., by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action, including all claims asserted herein, ***without prejudice***. Each party shall bear its own attorneys' fees, costs, and expenses.

Dated: September 1, 2026.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Nicholas F. Morisani*
D. Michael Hurst, Jr., MB #99990
Nicholas F. Morisani, MB #104970
Sonya C. Dickson, MB #106284
Channing J. Curtis, MB #106637
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
(p) 601-352-2300; (f) 601-360-9777
mike.hurst@phelps.com
nick.morisani@phelps.com
sonya.dickson@phelps.com
channing.curtis@phelps.com

***Attorneys for Plaintiffs Robert Foster, Katie Ligon, Kirby Carter, and John T. Williams***

**BRUNINI, GRANTHAM, GROWER & HEWES, PLLC**

*/s/ Samuel E. Kelly*
Samuel E. Kelly, MB #7496
William Easom Jones, III, MB #99185
Leland Kyle Williams, MB #105182
Jacob A. Bradley, MB #105541
190 East Capitol Street, Suite 100
Jackson, MS 39201
Phone: 601-960-6851
Fax: 601-960-6902
skelly@brunini.com
tjones@brunini.com
kwilliams@brunini.com
jbradley@brunini.com

**-and-**

**MISSISSIPPI ATTORNEY GENERAL'S OFFICE**

*/s/ Stephen Friedrich Schelver*
Stephen Friedrich Schelver, MB #101889
Anna Little Morris, MB #105299
550 High Street, Suite 1100
Jackson, MS 39205
601-359-3817
stephen.schelver@ago.ms.gov
anna.morris@butlersnow.com

***Attorney for Defendants The State of Mississippi, The State Board of Election Commissioners, Tate Reeves, in his official capacities as Governor of the State of Mississippi and a Member of the State Board of Election Commissioners, Lynn Fitch in her official capacities as Mississippi Attorney General and a Member of the State Board of Election Commissioners, Michael Watson in his official capacities as Mississippi Secretary of State and a Member of the State Board of Election Commissioners***

**DANIEL COKER HORTON & BELL**

/s/ Wilton V. Byars, III
Wilton V. Byars, III, MB #9335
Lauren Elizabeth Ward, MB #105019
P.O. Box 1396
Oxford, MS 38655
Phone: (662) 232-8979
Fax: (662) 232-8940
wbyars@danielcoker.com
lward@danielcoker.com

***Attorneys for Intervenor Defendant Malenda Harris Meacham***

**AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION**

/s/ Joshua Fiyenn Tom
Joshua Fiyenn Tom, MB #105392
P.O. Box 2242
Jackson, MS 39225
601-354-3408
jtom@aclu-ms.org

**-and-**

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

/s/ Ming Cheung
Ming Cheung (*pro hac vice*)
Ethan Herenstein (*pro hac vice*)
Sophia Lin Lakin (*pro hac vice)*
Nina Nayiri McKay (*pro hac vice)*
Ari J. Savitzky (*pro hac vice)*
125 Broad Street, Ste 18th Floor
New York, NY 10004
212-519-7836
mcheung@aclu.org
eherenstein@aclu.org
slakin@aclu.org
nmckay@aclu.org
asavitzky@aclu.org

I. Sara Rohani (*pro hac vice)*
700 14th Street NW
Ste 600 Washington, DC 20005
202-365-2154
srohani@naacpldf.org

**-and-**

**NAACP LEGAL DEFENSE & EDUCACTION FUND**

/s/ Brenda Wright
Brenda Wright (*pro hac vice)*
40 Rector Street, 5th Floor
New York, NY 10006
212-965-2200
bwright@naacpldf.org

***Attorneys for Intervenor Defendants DeSoto County NAACP and Delta Sigma Theta Sorority, Inc*.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this day the foregoing document was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on counsel of record.

Dated: September 1, 2026.

PHELPS DUNBAR LLP

*/s/ Nicholas F. Morisani*
D. Michael Hurst, Jr., MB #99990
Nicholas F. Morisani, MB #104970
Sonya C. Dickson, MB #106284
Channing J. Curtis, MB #106637
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
(p) 601-352-2300; (f) 601-360-9777
mike.hurst@phelps.com
nick.morisani@phelps.com
sonya.dickson@phelps.com
channing.curtis@phelps.com
***Attorneys for Plaintiffs, Robert Foster, Katie Ligon, Kirby Carter, and John T. Williams***